UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA FAWCETT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIZENS BANK, N.A.<br><br>　　　　Defendant. | Civil Action No. 17-11043-DHH |

**DEFENDANT CITIZENS BANK, N.A.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Citizens Bank, N.A. ("Citizens Bank"), by and through its undersigned counsel, hereby states that Citizens Bank, N.A. is a wholly owned subsidiary of Citizens Financial Group, Inc., which is a public company organized under the laws of Delaware. No publicly held company owns ten percent or more of Citizens Financial Group, Inc. stock.

Dated:  September 7, 2017

Respectfully submitted,

/s/ Brenda R. Sharton
Brenda R. Sharton (BBO# 556909)
Stephanie M. Aronzon (BBO# 679467)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA  02210
Tel:  (617) 570-1000
Fax:  (617) 523-1231
bsharton@goodwinlaw.com
saronzon@goodwinlaw.com

*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on September 7, 2017.

/s/ Brenda R. Sharton