# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Fawcett,**
      **Plaintiff,**

    **V.**

**Citizens Bank, N.S.,**
      **Defendant,**

CIVIL ACTION

NO. 17-11043-TSH

## ORDER OF DISMISSAL

<u>**Hillman, D. J.**</u>

In accordance with the Court's Order dated 4/19/18, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

   <u>4/19/18</u>                                   <u>/s/ Martin Castles</u>
    Date                                              Deputy Clerk