## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barbara Fawcett, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Citizens Bank, N.A.,<br><br>  Defendant. | Case No. 4:17-cv-11043-DHH |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. Proc. 3, notice is hereby given that Plaintiff Barbara Fawcett hereby appeals to the United States Court of Appeals for the First Circuit from the district court's orders dated April 19, 2018 (Dkt. Nos. 36, 37), allowing Defendants' motion to dismiss and dismissing Plaintiff's complaint.

Dated: May 10, 2018                                     Respectfully submitted,

                         */s/ Edward F. Haber*
                         Edward F. Haber (BBO # 215620)
                         Patrick J. Vallely (BBO # 663866)
                         **SHAPIRO HABER & URMY LLP**
                         Seaport East
                         Two Seaport Lane, Floor 6
                         Boston, MA 02210
                         (617) 439-3939 – Telephone
                         (617) 439-0134 – Facsimile
                         ehaber@shulaw.com
                         pvallely@shulaw.com

                         ***Attorneys for Barbara Fawcett and the proposed class***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system.

Dated: May 10, 2018

*/s/ Edward F. Haber*
Edward F. Haber
